IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES | * |
| | *   CRIMINAL Case Number: |
| vs. | *          12-233-004 |
| | * |
| RICHARD LITTRELL, | * |
| Defendant. | * |

### DEFENDANT'S POSITION ON PRESENTENCE REPORT

COMES NOW the Defendant, by and through his attorney of record and states that he has reviewed the presentence report as prepared by United States Probation Office and objects to the United States Probation Office failure to award an adjustment for acceptance of responsibility and for an adjustment pursuant to the "Safety Valve".

Respectfully submitted,

/s/ Richard E. Shields
Richard E. Shields - SHI011
Attorney for Defendant

Of Counsel:

McCleave ◊ Denson ◊ Shields, L.L.C.
507 Church Street
Mobile, Alabama 36602
(251)432-1656 *telephone*
(251)433-2053 *facsimile*

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have on this the 2nd date of May, 2013, served a copy of the foregoing document on the following via electronic mail.

Gloria Bedwell
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, AL 36602

/s/ Richard E. Shields
RICHARD E. SHIELDS