IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | Criminal No. 12-000233-CG |
| | * | |
| **JESSE KNIGHTEN** | * | |

**GOVERNMENT'S MOTION FOR DEPARTURE PURSUANT TO SECTION 5K1.1**

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and moves the Court to consider the motion of the Government for a downward departure in the abovecaptioned case for the defendant's substantial assistance with the Government, pursuant to Section 5K1.1 of the United States Sentencing Guidelines, and as grounds therefor says the following:

1. The defendant has provided information which implicated 12 subjects who have been indicted and prosecuted in federal court in several different indictments. The Government found the defendant's information to be full and complete and corroborated by information from other sources. All the subjects implicated by the defendant entered guilty pleas and he was not required to provide testimony. The Government anticipates, however, that the defendant will be needed to testify against one of these subjects at a sentencing hearing currently set for April 21, 2014. Even so, the Government is willing to proceed with the sentencing in the instant case in light of the defendant's agreement to provide this testimony, if needed at the sentencing hearing of this subject or any of the others implicated heretofore, without expectation of any further reduction.

2. In light of the forgoing, the Government submits that a downward departure is appropriate, and moves the Court to consider a departure from the minimum guideline sentence of approximately 50 percent from the low end of the advisory guideline range.

WHEREFORE, the Government moves the Court to consider a downward departure in the abovecaptioned case pursuant to Section 5K1.1 of the United States Sentencing Guideline

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: s/Gloria A. Bedwell
Gloria A. Bedwell
Assistant United States Attorney
Bedwg1000
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251)441-5131 (fax)
(251)441-5845

## CERTIFICATE OF SERVICE

I certify that I have filed a copy of the same with the Clerk of the Court using CM/ECF, which automatically serves a copy of the same upon the attorney of record for the defendant by email, this 7th day of April, 2014.

s/Gloria A. Bedwell
Gloria A. Bedwell
Assistant United States Attorney