IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **v.** | *    Criminal No. 13-000103-CB |
| | * |
| **RICHARD LITTRELL** | * |

**GOVERNMENT'S MOTION FOR DEPARTURE PURSUANT TO SECTION 5K1.1**

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and moves the Court to consider the motion of the Government for a downward departure in the abovecaptioned case for the defendant's substantial assistance with the Government, pursuant to Section 5K1.1 of the United States Sentencing Guidelines, and as grounds therefor says the following:

1. The defendant has provided information which implicated eight subjects who have been prosecuted in federal court. The information provided by the defendant was useful in those prosecutions. The defendant has also implicated additional subjects on whom investigations remain open. The Government submits that the defendant has provided credible information which was also reliable.

2. In light of the forgoing, the Government submits that a downward departure is appropriate, and moves the Court to consider a departure from the minimum guideline sentence of approximately 30 percent from the low end of the advisory guideline range.

WHEREFORE, the Government moves the Court to consider a downward departure in the abovecaptioned case pursuant to Section 5K1.1 of the United States Sentencing Guidelines.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: s/Gloria A. Bedwell
Gloria A. Bedwell
Assistant United States Attorney
Bedwg1000
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251)441-5131 (fax)
(251)441-5845

## CERTIFICATE OF SERVICE

I certify that I have filed a copy of the same with the Clerk of the Court using CM/ECF, which automatically serves a copy of the same upon the attorney of record for the defendant by email, this 8th day of April, 2014.

s/Gloria A. Bedwell
Gloria A. Bedwell
Assistant United States Attorney